# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**WILLIAM A. MORAN, JR.,**
Appellant,

v.

**ROSALIND LEVETTE RAMSEY,**
Appellee.

No. 4D21-1567

[April 14, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Kenneth L. Gillespie, Judge; L.T. Case No. FMCE-17-006355.

William A. Moran, Jr., Fort Lauderdale, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***